FILED
2009 Jan-08  AM 11:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### Northwestern Division

SIERRA CLUB and )
ALABAMA ENVIRONMENTAL )
COUNCIL, INC., )
                    )
        Plaintiffs, )     Case No.  3:02-CV-02279-VEH
                    )
        v. )
                    )
TENNESSEE VALLEY AUTHORITY, )
                    )
        Defendant. )
                    )
_____ )

---

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND APPLICABLE DEADLINES FOR FILING MOTIONS SEEKING ATTORNEY FEES AND NON-TAXABLE AND TAXABLE COSTS AND INCORPORATED MEMORANDUM IN SUPPORT

---

January 8, 2009                William J. Moore, III
                                     David Ludder
                                     George Hays
                                     Reed Zars
                                     Michael Costa

                                     Attorneys for Plaintiffs
                                     Sierra Club and Alabama
                                     Environmental Council

## INTRODUCTION

Pursuant to Fed. R. Civ. P. 6(b) and 54(d)(2)(B) and Northern District of Alabama Local Rule 54.1, Plaintiffs, Sierra Club and the Alabama Environmental Council, Inc. ("Plaintiffs"), hereby move[1] for a thirty (30) day extension of the applicable deadlines for filing motions seeking an award of litigation attorneys' fees and non-taxable and taxable costs, and further state as follows:

1.      On Monday, August 27, 2007, this Court granted Plaintiffs' Third Motion for Partial Summary Judgment on Liability and issued and entered a memorandum opinion in the docket which explained the basis for its ruling in favor of Plaintiffs.  *See* 8/27/07 Memorandum Opinion on Plaintiffs' Third Motion for Summary Judgment on Liability (Doc. 152).

2.      On that same date, the Court also issued a separate order which was entered in the docket.  *See* 8/27/07 Order on Plaintiffs' Third Motion for Summary Judgment on Liability (Doc. 152).  The August 27, 2007 Order stated in pertinent part:

> For the reasons stated in the Opinion issued on even date herewith, Plaintiffs Sierra Club and Alabama Environmental Council's Third Motion for Summary Judgment on Liability (#132) is **GRANTED**. ***Judgment will be entered in favor of Sierra Club and against TVA***

---

[1]  Plaintiffs have conferred with defense counsel regarding this motion and have been informed that the motion will not be opposed by Defendant Tennessee Valley Authority.

for the following violations of the Clean Air Act, the Alabama SIP
and TVA's Title V permits taking place between January 3, 2000, and
September 30, 2002 . . . [recitation of violations omitted]. ***TVA shall
prepare and file with the court, within sixty (60) days of the date of
this Order, a proposed remediation plan to bring its Colbert plant
into compliance with the 20% opacity limit set forth in the Alabama
SIP and incorporated into TVA's Title V permits***. Sierra Club will
have forty-five (45) days to respond after the TVA remediation plan
is filed.

8/27/07 Order on Plaintiffs' Third Motion for Summary Judgment on Liability at

1-2 (emphasis added).

    3.    Fed. R. Civ. P. 54(d)(2)(B) reads in pertinent part:

Unless otherwise provided by statute or order of the court, [all
motions for attorneys' fees and related nontaxable expenses] ,must be
filed ***no later than 14 days after entry of judgment*** . . . .

(emphasis added).

    4.    Northern District of Alabama Local Rule 54.1 provides that

"[r]equests for taxation of costs (other than attorneys' fees) under Fed. R. Civ. P.

54(d) shall be filed with the Clerk within 20 days after entry of judgment."

    5.    In light of the fact that the Court's August 27, 2007 Order on

Plaintiffs' Third Motion for Summary Judgment on Liability (1) imposed liability

on TVA, (2) was issued separately as Fed. R. Civ. P. 58(a)(1) requires, (3) stated

that "[j]udgment will be entered" against TVA and (4) required TVA to submit a

compliance plan to the Court, Plaintiffs believed at the time that the issuance of

this Order might have triggered Rule 54(d)(2)(B)'s deadline for filing a motion seeking fees and costs pursuant to Section 304(d) of the Clean Air Act, 42 U.S.C. § 7604(d).

6.      Moreover, plaintiffs had some concern that N.D. Ala. Local Rule 54.1 may also have been triggered by the issuance of the Court's August 27, 2007 Order.

7.      In order to clarify when any fee petition or motion for taxable or non-taxable costs were due, Plaintiffs filed an unopposed motion with the Court on September 6, 2007 which sought an extension of time allowing the parties to file a motion for attorney's fees or non-taxable costs pursuant to Rule 54(d)(2)(B) (or any other rule or requirement) up to fourteen (14) days after the Court issues a final judgment on the remedy in this action and to file a motion seeking taxable costs pursuant to N. D. Ala. Local Rule 54.1 up to twenty (20) days after the Court issues a final judgment on the remedy in this action.  9/6/07 Plaintiffs' Unopposed Motion to Extend Potentially Applicable Deadlines for Filing Motions Seeking Attorney Fees and Non-Taxable and Taxable Costs and Incorporated Memorandum in Support (Doc. 155).

8.      On September 7, 2007, the Court granted this motion.  9/7/07 Order on Motion for Extension of Time to File (Doc. 156).

9.     After the trial on the remedy component of this proceeding was completed, the Court dismissed this action on January 6, 2009.  1/6/09 Order Dismissing Case (Doc. 222).

10.     At present, pursuant to the Court's Order of September 7, 2007, any motion seeking attorney's fees or non-taxable costs must be filed within fourteen (14) days of the dismissal order or by January 20, 2009 and any motion seeking taxable costs must be filed within twenty (20) days of the dismissal order or by January 26, 2009.

11.     Plaintiffs contend that they are entitled to reasonable attorneys fees and the costs of litigation in this matter.  *See generally Loggerhead Turtle v. The County Council of Volusia County, Florida*, 307 F.3d 1318, 1326-27 (11th Cir. 2002).  TVA contends that plaintiffs are not entitled to any attorney's fees or costs.

12.     Without debating their respective legal positions and without either party making any concessions on any disputed legal or factual matters, the plaintiffs move pursuant to Fed. R. Civ. P. 6(b) and 54(d)(2)(B) and Northern District of Alabama Local Rule 54.1 to extend the deadlines imposed by the Court's 9/7/07 Order, Rule 54(d)(2)(B), N. D. Ala. Local Rule 54.1, or any other rule or requirement for filing any motion seeking fees or non-taxable costs and for filing any motion seeking taxable costs to thirty **(30) days** after the Court issues a

final judgment on the remedy in this action, which would move the deadlines for all such motions to **February 5, 2009**.

13.     Plaintiffs assert that this extension is necessitated by plaintiffs' desire to attempt to negotiate with TVA on these issues and to do the work necessary to prepare an adequate fee petition covering the extensive and complex litigation history of this action.

## CONCLUSION

14.     For all the foregoing reasons and for good cause shown, the plaintiffs request that this motion for an extension of the deadlines for filing attorney's fee and costs motions and motions for taxable costs be granted as requested.

Respectfully submitted this 8th day of January, 2009,

> s/ William J. Moore, III
> George Hays
> Reed Zars
> David Ludder
> Michael Costa
> Attorneys for Plaintiffs Sierra Club
> and Alabama Environmental Council,
> Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing by operation of the Court's electronic filing system to the following:

> Harriet A. Cooper, Assistant General Counsel
> Frank Lancaster, Attorney
> Tennessee Valley Authority
> 400 West Summit Hill Drive
> Knoxville, Tennessee   37902-1499

>    s/William J. Moore, III