UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| SIERRA CLUB and ALABAMA ENVIRONMENTAL COUNCIL, INC. | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) No. 3:02-cv-2279-VEH ) ) |
| TENNESSEE VALLEY AUTHORITY | ) ) |
| Defendant | ) ) |

**PARTIES' *FINAL* JOINT CONSENT MOTION TO EXTEND DEADLINES FOR FILING MOTIONS SEEKING ATTORNEYS FEES AND COSTS**

By Order dated February 2, 2009, the Court granted the Parties' Joint Consent Motion To Extend Deadlines for Filing Motions Seeking Attorneys Fees and Costs (Ct. Doc. 224). The Court's Order set the deadline for filing any such motions as Thursday, February 19, 2009. The parties jointly request the Court to extend the time for any party to file a motion for attorneys' fees, or to seek the award of taxable or non-taxable costs, an **additional seven (7) business days**, through and including Monday, **March 2, 2009**. Notably, this date is before the deadline for filing a notice of appeal (Monday, March 9, 2009, pursuant to Fed. R. App. P. 4(a)(1)(B)), and the parties do not anticipate requesting any further extension.

1

Respectfully submitted this 13th day of February, 2009.

**For the Plaintiffs Sierra Club and Alabama Environmental Council, Inc.:**

s/William J. Moore, III – per FHL w/permission
William J. Moore, III
The Law Office of William J. Moore, III, P.A.
1648 Osceola Street
Jacksonville, Florida 32204
(904) 685 - 2172


**For the Defendant Tennessee Valley Authority:**

| | |
|---|---|
| Office of the General Counsel | Maureen H. Dunn |
| Tennessee Valley Authority | General Counsel |
| 400 West Summit Hill Drive | |
| Knoxville, Tennessee 37902-1401 | Harriet A. Cooper |
| Facsimile 865-632-6718 | Assistant General Counsel |
| | |
| Nash E. Long III | s/Frank H. Lancaster |
| Lauren Freeman | Frank H. Lancaster |
| Hunton & Williams LLP | Telephone 865-632-7327 |

Attorneys for Tennessee Valley Authority

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2009, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing by operation of the Court's electronic filing system to the following:

>Michael A. Costa, Esq.
>Abigail M. Dillen, Esq.
>George E. Hays, Esq.
>David A. Ludder, Esq.
>William J. Moore, III, Esq.
>Byron Bart Slawson, Esq.
>Reed Zars, Esq.

>s/Frank H. Lancaster
>Frank H. Lancaster
>N.D. Ala. Bar ID:  85375
>North Carolina Bar No. 18285
>Tennessee Valley Authority
>Office of the General Counsel
>400 West Summit Hill Drive
>Knoxville, Tennessee 37902-1401
>Telephone 865-632-7327
>Facsimile 865-632-6718
>E-mail  fhlancaster@tva.gov